Help    What's New                                                              Monday, June 18, 2018

**Hide Menu**

**Nav Menu**

Main Menu
Inventory
Corp Case
Resp Party

History
Calculation

Responsible Party Information
YERD
MISS SUSAN YERDON , President
1 RIVERVIEW BOULEVARD
METHUEN , MA  01844-6026-991
Phone:    Ext:

Indicators:
Earliest ASED:
Assessment Type: R
Resp TFRP Amount: $456,225.00
Status: All transactions posted

Corporate Case Forms
| Form | Generated Date |
|---|---|
| ☐ 4183 Pg. 1-3 | 07/25/2007 |
| View multiple 4183's | |
| ☐ 4183 Pg. 4 | 02/27/2008 |
| ☐ Calculation Sheet | 02/27/2008 |
| ☐ 3210 | |
| ☐ 1153 / 2751 For All Responsible Parties | |
| ☐ Corp 2751 | |

*Handwritten note:* TFRP related to L+L Temporaries, Inc All 4 quarters of 2005

*Handwritten note with arrow pointing to 09/12/2007 date:* Internal system showing hand-delivered Form 1153

Responsible Party Forms
| Form | Generated Date | Mailed/Cert/Signed Dates | | pecial |
|---|---|---|---|---|
| ☐ 9327 | | | | |
| ☐ 1153 | 09/12/2007 | 09/12/2007 | 1153 Cert/Hand Delv | 1153 Bankruptcy ○ Yes ○ No (Select 'Yes' to suppress last paragraph) |
| ☐ 1153W | | | 1153W Mailed Date | |
| ☐ 2751 | 09/12/2007 | | 2751 Signed Date | |
| ☐ 1154 | | | 1154 Mailed Date | |
| ☐ 1155 | | | 1155 Mailed Date | |
| ☐ 3177 | | | 3177 Prepared Date | |
| ☐ 2749 | 01/29/2008 | 01/29/2008 | 2749 to CPM Date | ☐ Form 53 attached |
| ☐ 2859 | | | | |
| ☐ 5942 | | | | |

View/Print    Exit

ATFRWEB40_TCC_2018001 Build 04-26-2018 @ 09:00:05 CT
Internal Revenue Service -- Authorized Use Only

https://atfrweb.enterprise.irs.gov/atfr/responsibleactions.do                        6/18/2018